UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:83 MJ 207 |
| | ) |
| v. | ) **ORDER** |
| | ) **TO DISMISS THE COMPLAINT** |
| [1] MICHAEL WILLIAM SETTER | ) |
| | ) |

Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

This **22nd** day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE